UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Darrell D. Edwards　　　　　　　　　　　Chapter 13

　　　　　Debtor.　　　　　　　　　　　　　　Case No. 11-23195-MDM

OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　　　The above referenced debtor, by the Law Office of Rollie R. Hanson, S.C., hereby objects to the motion for relief from the automatic stay on file in this case by Deutsche Bank National Trust Company, (hereinafter the "movant") and request that the court set this matter for a hearing at its earliest convenience. In support of this objection, the debtors respectfully show the court as follows:

(1)　　The Debtor denies that the Movant has standing to bring this Motion and asserts that the Movant has not provided sufficient documentation to prove that the movant owns the Note on the property located at 3789 N. 75th Street, Milwaukee, WI 53216-1969.

　　　　Dated at West Allis, Wisconsin this  5th  day of July, 2011.

　　　　　　　　　　　　　　　　　　　　*/s/ Rollie R. Hanson*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Rollie R. Hanson
Law Office of Rollie R. Hanson, S.C.　　　Attorney for Debtor
6737 W. Washington Street, Suite 1420
West Allis, WI 53214
Telephone: (414)321-9733/Fax: (414)321-9601
Rollie@hansonlaw.net

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:  Darrell D. Edwards | Chapter 13 |
| Debtor. | Case No. 11-23195-MDM |
| | **AFFIDAVIT OF MAILING** |

STATE OF WISCONSIN          )
                            (SS
COUNTY OF MILWAUKEE   )

    Jared Nusbaum, being first duly sworn on oath, deposes and says that on July 5, 2011 he served via CM/ECF, at West Allis, Wisconsin, the *Objection to Motion for Relief from the Automatic Stay* to the following Parties:

| | |
|---|---|
| Mary B. Grossman<br>Chapter 13 Trustee | ecf@chapter13milwaukee.com |
| Office of the U.S. Trustee | Via CM/ECF |
| Atty. Christopher C. Drout<br>Gray & Associates, L.L.P.,<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 | Via CM/ECF |

*/s/ Jared M. Nusbaum*
_____
Jared M. Nusbaum

| | |
|---|---|
| Subscribed and sworn to before<br>me this ____5th_____ day of July, 2011 | LAW OFFICE OF ROLLIE R. HANSON, S.C.<br>6737 W. Washington Street, Suite 1420<br>West Allis, WI 53214-5649 |
| */s/ Rollie R. Hanson*<br>_____<br>Rollie R. Hanson<br>Notary Public, State of Wisconsin<br>My Commission is Permanent | (414) 321-9733 FAX (414) 321-9601<br>Rollie@hansonlaw.net |