UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re

DARRELL D. EDWARDS,

                        Debtor.

Case No. 11-23195

Chapter 13

_____

DARRELL D. EDWARDS,

                        Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR MORGAN STANLEY ABS
CAPITAL INC. TRUST 2006-HE4,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY MORTGAGE CAPITAL INC.,
DECISION ONE MORTGAGE COMPANY, LLC, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

                        Defendants.

Adversary No. 11-2505

_____

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ADVERSARY
PROCEEDING, OVERRULING DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 5,
AND SCHEDULING FURTHER PROCEEDINGS REGARDING DEBTOR'S OBJECTION
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

_____

       For the reasons stated in the Court's memorandum decision entered on this date, IT IS ORDERED the defendants' motion to dismiss the adversary proceeding is granted.

       IT IS FURTHER ORDERED the debtor's objection to America's Servicing Company's Proof of Claim No. 5 is overruled.

       IT IS FURTHER ORDERED the debtor's objection to Deutsche Bank National Trust

1

Company's motion for relief from the automatic stay and abandonment will be scheduled for further proceedings.

December 23, 2011

                                      Margaret Dee McGarity
                                      United States Bankruptcy Judge