**LAW OFFICE OF ROLLIE R. HANSON, S.C.**

6737 W. Washington Street • Suite 1420 • West Allis, WI 53214
Telephone (414) 321-9733 • Facsimile (414) 321-9601
www.hansonlaw.net

*Rollie R. Hanson*
**Attorney at Law**
Rollie@hansonlaw.net
*Jared Nusbaum, Attorney*
Jared@hansonlaw.net

February 6, 2012

The Honorable Margaret Dee McGarity
Via CM/ECF

Re:     Darrell Edwards
        Chapter 13 Case No. 11-23195-MDM

Dear Judge McGarity:

I am writing to inform the Court that my client is withdrawing the Motion for Reconsideration of the Court's Order dated December 23, 2011 pertaining to the challenge of the Claim and the allegations in the Adversary Proceeding, Case Number 11-02505-MDM

My client anticipates proceeding with the Mortgage Modification Mediation Program.

                Sincerely,

                */s/Rollie R. Hanson*

                Rollie R. Hanson
                Attorney at Law

RRH/lam